United States District Court
Southern District of Texas
**ENTERED**
October 01, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **MIRAC ZAFER,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-cv-3552** |
| | § | |
| **MARKWAYNE MULLIN, AND JOSEPH B. EDLOW,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

**ORDER OF NON-COMPLIANCE AND
RESETTING RULE 16 CONFERENCE**

Plaintiff filed this case on May 1, 2026. (ECF No. 1). By order dated May 5, 2026, the Court set the case for an initial scheduling conference on August 3, 2026. (ECF No. 4). On June 25, 2026, the Court reset the initial scheduling conference for August 10, 2026. (ECF No. 5). On August 5, 2026, the Court reset the initial scheduling conference for October 5, 2026. (ECF No. 6).

Proof of timely service of Defendants has not been filed with the Court. *See* FED. R. CIV. P. 4(m) (requiring defendant(s) to be served within 90 days after the filing of the complaint). Absent timely service, this case may be dismissed.

Plaintiff has twenty-one (21) days from the date of this Order to properly serve Defendants and provide proof of service with the Court. Failure to

comply with the Court's Order will result in a recommendation that this case be dismissed. As such, it is **ORDERED** that the initial scheduling conference previously set for October 5, 2026 (ECF No. 6), is hereby **RESCHEDULED** for:

**November 19, 2026**
at 10:15 a.m.
by Zoom.

It is **SO ORDERED**.

**SIGNED** in Houston, Texas on October 1, 2026.

Richard W. Bennett
United States Magistrate Judge